**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:          Ex parte Alvaro Gallardo Olvera

Appellate case number:     01-16-00265-CR

Trial court case number:     17968-A

Trial court:                          300th District Court of Brazoria County

The panel has voted to deny appellant's "Motion for Out-of-Time Extension to File Notice of Appeal and for Reinstatement of Appeal," construed as a motion for rehearing of the memorandum opinion and judgment, issued on June 28, 2016.

It is ordered that the motion for rehearing is **denied**.

Judge's signature:  /s/ Laura C. Higley
                              ☒  Acting for the Court

Panel consists of:  Justices Higley, Bland, and Massengale.

Date:  August 2, 2016